■ Alessandro Sacchetti, Respondent, v Michael L. Giordano, DPM, Appellant. (Appeal No. 2.) [955 NYS2d 782]

Present—Centra, J.P., Peradotto, Sconiers, Valentino and Martoche, JJ.